```
            UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

JAMES A. CROWDER,                    )
                                     )
    Petitioner,                      )
                                     )
v.                                   ) Case No.: 2:14-cv-02233-WMA-SGC
                                     )
STATE OF ALABAMA, et al.,             )
                                     )
    Respondents.                     )

### MEMORANDUM OPINION

On July 10, 2015, the magistrate judge entered a report recommending the above-captioned petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be denied as untimely or, alternatively, as moot. (Doc. 7). The magistrate judge further recommended denial of a certificate of appealability. (*Id.* at 6-7). The parties were afforded time to object to the report and recommendation; no objections have been filed.

After careful consideration of the record in this case and the magistrate judge's report, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations. Accordingly, the court finds that this matter is due to be dismissed and a certificate of appealability is due to be denied.

A separate order will be entered.

DONE this 3rd day of August, 2015.

                                                      _____
                                                      WILLIAM M. ACKER, JR.
                                                      UNITED STATES DISTRICT JUDGE